## UNITED STATES BANKRUPTCY COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

TAZ UDDIN

　　　　　　　Debtor

Chapter 13

Case No. 18-13485-BFK

### TRUSTEE'S RESPONSE AND REPORT TO ORDER SETTING HEARING

Thomas P. Gorman, Chapter 13 Trustee, responds to the Court's Order Setting Hearing (Docket No. 16) by reporting as follows:

1. Debtor has not filed Plan or Schedules in this case.
2. Debtor did not appear at the Section 341 Meeting of Creditors scheduled for November 20, 2018.
3. No tax returns or wage statements/pay advices have been received from Debtor.
4. No Plan payment of any kind has been received from or on behalf of Debtor.
5. Trustee notes Debtor has at least 2 prior bankruptcy filings: Case Numbers
   - 11-11076-RGM Taz Uddin
     Chapter**:** 7 Date filed**:** 02/15/2011 Debtor discharged: 05/17/2011
   - 16-11654-BFK Taz Uddin
     Chapter: 13 Date filed: 05/10/2016 Debtor dismissed: 06/07/2018
     (Material Default and Failure to File Modified Plan)

Date: _December 3, 2018_____　　　　　　　___/s/ Thomas P. Gorman_____
　　　　　　　　　　　　　　　　　　　　　　Thomas P. Gorman
　　　　　　　　　　　　　　　　　　　　　　Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　　300 N. Washington Street, #400
　　　　　　　　　　　　　　　　　　　　　　Alexandria, VA 22314
　　　　　　　　　　　　　　　　　　　　　　(703) 836-2226
　　　　　　　　　　　　　　　　　　　　　　VSB 26421

### CERTIFICATION OF SERVICE

　　　I hereby certify that I have served a true copy of the foregoing via first class mail, postage prepaid to the following, this 3rd day of December, 2018:

Taz Uddin
Chapter 13 Debtor
1789 Wigglesworth Way
Woodbridge, VA 22191

　　　　　　　　　　　　　　　　　　　　　　__/s/ Thomas P. Gorman_____
　　　　　　　　　　　　　　　　　　　　　　Thomas P. Gorman